CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorneys for Defendant SHIV KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 17-CR-00114-JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| vs. | |
| SHIV KUMAR, | |
| Defendant. | |

In order for the parties to work out a minor dispute regarding some calculations, the parties stipulate and agree to continue the sentencing in this matter for five weeks.

**SO STIPULATED**

Dated: July 6, 2017

/s/
Christopher J. Cannon
Attorney for SHIV KUMAR

/s/
Jose Olivera
Assistant United States Attorney

**SO ORDERED**

Good cause appearing by stipulation of the parties and for effective preparation of counsel, the sentencing in this matter is continued to August 11, 2017.

Dated: July 6, 2017

Jon S. Tigar
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING
Case No. 17-CR-00114-JST

1