CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorneys for Defendant SHIV KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHIV KUMAR,<br><br>Defendant. | Case No. 17-CR-00114-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |

The parties have been working together to attempt to come to an agreement regarding some tax loss numbers and the government provided the defense with some new calculations on August 2, 2017. These new calculations will require both parties to file additional, short, sentencing memoranda and the defense needs a brief period of time to address the government's new numbers. After consulting with probation, and the Court's calendar, the parties stipulate and agree to continue the sentencing in this matter until October 6, 2017.

**SO STIPULATED**

Dated: August 3, 2017

                                             /s/
                                     Christopher J. Cannon
                                     Attorney for SHIV KUMAR

                                             /s/
                                     Jose Olivera
                                     Assistant United States Attorney

**SO ORDERED**

Good cause appearing by stipulation of the parties and for effective preparation of counsel, the

1  sentencing in this matter is continued to October 6, 2017.

2  Dated: August 4, 2017

_____
Jon S. Tigar
United States District Court Judge