ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOSE APOLINAR OLIVERA (CABN 279741)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3924
    Fax: (415) 436-7009
    Email: jose.olivera@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHIV D. KUMAR, <br><br> Defendant. | Case No. CR 4:17-114-JST <br><br> STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING PRODUCTION OF ADDITIONAL DISCOVERY DATED FEBRUARY 26, 2018 |

    Plaintiff the United States of America, through its undersigned attorney, and defendant Shiv D. Kumar hereby submit this stipulation requesting that the Court authorize the Government to disclose certain taxpayer information and issue a protective order. The parties stipulate as follows:

1. Defendant Shiv D. Kumar was charged by Information with one count of making and subscribing a false tax return, in violation of 26 U.S.C. § 7206(1). On March 24, 2017, Kumar pleaded guilty to Count 1 of the Information. On February 9, 2018, Defendant's guilty plea was set aside.

2. The Government seeks to provide Defendant with additional discovery in this matter, including: financial records, tax returns, and tax return information belonging to others. The Government believes that information may be relevant in the above-captioned case.

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
CR 17-114-JST                       1

3. Disclosure of taxpayer returns and tax return information is governed by 26 U.S.C. § 6103(a), which prohibits the disclosure of tax return information, except as authorized by § 6103. Section 6103(h)(4)(D) of Title 26 permits disclosure to the Defendant, by order of the court, of another's tax return and taxpayer information as required under Rule 16 of the Federal Rules of Criminal Procedure and the Jencks Act, 18 U.S.C. § 3500. The Government intends to provide defense counsel with taxpayer information because it may use such information in its case-in-chief and, as such, it is required to disclose it by law. Accordingly, a court order authorizing this information is necessary.

4. The parties agree that the discovery described above along with any other discovery provided by the government containing the personal identifying information of others will be provided subject to the following conditions:

    a. Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure and Title 28, United States Code, Section 1651, unauthorized disclosure of discovery material and information contained therein to nonlitigants is prohibited under the following provisions (when the term "Defendant" is used, said term encompasses an attorney for the Defendant):

        i. The additional discovery remains the property of the Government and is being produced as required by Rule 16 and the Jencks Act in preparation for or in connection with any stage of the proceedings in this case. All such materials and all copies made thereof shall be returned to the United States Attorney's Office unless otherwise ordered by the Court or agreed upon by the parties, at the occurrence of the last of the following:

            1. The completion of all appeals, habeas corpus proceedings, clemency or pardon proceedings, or other post-conviction proceedings;
            2. the conclusion of the sentencing hearing; or
            3. the earlier resolution of charges against the Defendant.

b. The additional discovery identified above may be used by the Defendant solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding.

c. Upon written request to the United States, by the Defendant, at or before the time of such return, all specified materials returned shall be segregated and preserved by the Government in connection with any further proceedings related to this case, which are specified in such request until such proceedings are concluded.

d. The additional discovery described above, shall not be disclosed either directly or indirectly to any person or entity other than the Defendant, persons employed to assist in the defense or prosecution of this matter, or such other persons as to whom the Court may expressly authorize disclosure upon proper motion.

e. The additional discovery described above will not be copied or reproduced except as necessary to provide copies of the material for use by an authorized person as described above to prepare and assist in the defense or prosecution of this matter, and all such copies and reproductions shall be treated in the same manner as the original matter.

f. Before any disclosure to the Defendant of the discovery described above, defendant's counsel shall personally inform the Defendant of the provisions of this order and direct him not to disclose any information contained in the Government's discovery in violation of this order, and shall inform him that any unauthorized disclosure may be punished as contempt of court.

g. The Defendant shall be responsible for controlling and accounting for all such material, copies, notes, and other records described above, and shall be responsible for assuring full compliance by himself and any person assisting in his defense with this order. The provisions above are not meant to limit use of information provided in discovery from being used in pretrial proceedings, investigation, motions and briefs, trial and other proceedings in this litigation, unless the discovery information is

protected by another order protecting information received from a financial institution regulatory agency.

WHEREFORE, in the best interests of the administration of justice and because of the importance of protecting tax return information and financial information of others, the parties request that a protective order as described above be entered in this case and that the Court order the Government to disclose tax return information in this case pursuant to 26 U.S.C. § 6103(h)(4)(D).

**IT IS SO STIPULATED.**

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

Dated: February 27, 2018      */s/ Jose A. Olivera*
JOSE A. OLIVERA
Assistant United States Attorneys

Dated: February 27, 2018      */s/ Sanjay Bhandari*
SANJAY BHANDARI
Counsel for Defendant Shiv Kumar

**IT IS SO ORDERED.**

Dated: _____, 2018.

_____
HONORABLE JON S. TIGAR
United States District Judge